HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL DUDLEY AND SHERRY DUDLEY, individually, and on behalf of all others similarly situated; SETH TOEPFER, on behalf of himself and all others similarly situated; and MARILYN CAZARES, on behalf of herself and all others similarly situated;<br><br>Plaintiffs,<br>v.<br><br>FORTIVE CORPORATION et al.,<br><br>Defendants. | CASE NO. CV24-1668 RAJ<br><br>MINUTE ORDER<br>ON CASE NOS. CV24-1694-BJR<br>AND CV24-01741-TL |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

These actions are reassigned to the Honorable Richard A. Jones because they are related to Case No. CV24-1668-RAJ. This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned. *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012). Case No. CV24-1668-RAJ is the lead case, and all future pleadings shall be filed using this case number ONLY.

MINUTE ORDER – 1

Accordingly, case number CV24-1694-BJR and case number CV24-01741-TL are to be CLOSED, and all future pleadings shall bear case number CV24-1668.

Dated this 6th day of December, 2024.

RAVI SUBRAMANIAN  
Clerk of the Court

s/Kathleen Albert  
Deputy Clerk

MINUTE ORDER – 2