UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: FORTIVE DATA SECURITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 2:24-cv-01668-RAJ<br><br>The Honorable Richard Jones |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Michael Dudley, Sherry Dudley, Matthew Spaeth, Jennifer Nelson, Marilyn Cazares, and Seth Toepfer ("Plaintiffs"), together with Defendants, Fortive Corporation, Accruent LLC, Advanced Sterilization Products Services Inc., and Advanced Sterilization Products, Inc. ("Defendants") (collectively the "Parties"), by and through their respective attorneys, hereby notify the Court that they have reached a class-wide settlement in principle and are in the process of memorializing the terms of the same, which will require the Court's approval. The Parties anticipate filing a Motion for Preliminary Approval within 45 days and respectfully request that the case be stayed, and all pending dates be stricken, until the motion is filed.

Dated: June 10, 2025

*/s/ Samuel J. Strauss*
Samuel J. Strauss
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Marc H. Edelson (*Pro Hac Vice*)
Liberato P. Verderame (*Pro Hac Vice*)

Dated: June 10, 2025

*/s/ Blake Marks-Dias*
Blake Marks-Dias
Todd T. Williams
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Telephone: (206) 625-8600
bmarksdias@corrcronin.com
twilliams@corrcronin.com

Peter Loh
Ana Sofia Batista
FOLEY & LARDNER LLP

EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com

J. Gerard Stranch, IV
Andrew E. Mize
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue,
Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
T: (317) 636-6481
F: (317) 636-2593
ltoops@cohenandmalad.com

*Counsel for Plaintiffs and the Proposed Class*

2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3257
ploh@foley.com
abatista@foley.com

Joseph W. Swanson
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
joe.swanson@foley.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 10th day of June, 2025.

                          STRAUSS BORRELLI PLLC

                          By:  */s/ Samuel J. Strauss*
                                 Samuel J. Strauss
                                 sam@straussborrelli.com
                                 STRAUSS BORRELLI PLLC
                                 One Magnificent Mile
                                 980 N Michigan Avenue, Suite 1610
                                 Chicago IL, 60611
                                 Telephone: (872) 263-1100
                                 Facsimile: (872) 263-1109